CLOSED

# U.S. District Court
## District of Kansas (Topeka)
## CIVIL DOCKET FOR CASE #: 5:07-cv-04033-JAR-KGS
### Internal Use Only

| | |
|---|---|
| Watson v. AU Optronics Corporation et al | Date Filed: 03/08/2007 |
| Assigned to: District Judge Julie A. Robinson | Date Terminated: 06/11/2007 |
| Referred to: Magistrate Judge K. Gary Sebelius | Jury Demand: Plaintiff |
| Demand: $5,000 | Nature of Suit: 410 Anti-Trust |
| Cause: 28:1331 Fed. Question: Anti-trust | Jurisdiction: Federal Question |

**Plaintiff**

**James T Watson**
*on behalf of himself and all others similarly situated in the State of Kansas*

*also known as*
Jim Watson

represented by **Darin M. Conklin**
Alderson, Alderson, Weiler, Conklin, Burghart & Crow, L.L.C.
2101 SW 21st Street
P. O. Box 237
Topeka, KS 66604-0237
785-232-0753
Fax: 785-232-1866
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M. Weiler**
Alderson, Alderson, Weiler, Conklin, Burghart & Crow, L.L.C.
2101 SW 21st Street
P. O. Box 237
Topeka, KS 66604-0237
785-232-0753
Fax: 785-232-1866
Email: jweiler@aldersonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU Optronics Corporation**

**Defendant**

**AU Optronics Corporation America**

**Defendant**

**Chi Mei Optoelectronics Co., Ltd.**

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

**Defendant**

**Chunghwa Picture Tubes, Ltd.**

**Defendant**

**Fujitsu Limited, Inc.**

**Defendant**

**Fujitsu America, Inc.**

**Defendant**

**Hannstar Display Corporation**

**Defendant**

**Hitachi, Ltd.**

**Defendant**

**Hitachi Displays, Ltd.**

**Defendant**

**Hitachi America, Ltd.**

**Defendant**

**International Display Technology Co., Ltd.**

**Defendant**

**International Display Technology USA, Inc.**

**Defendant**

**IPSA Alpha Technology, Ltd.**

**Defendant**

**L.G. Philips LCD Co., Ltd.**

**Defendant**

**LG. Philips LCD America, Inc.**

**Defendant**

**Matsushita Elecric Industrial Co., Ltd.**

**Defendant**

**Mitsubishi Electric Corporation**

**Defendant**

**Mitsubishi Electric & Electronics USA, Inc.**

**Defendant**

**NEC Electronics Corporation**

**Defendant**

**NEC LCD Technologies, Ltd.**

**Defendant**

**Samsung Electronics Company, Ltd.**

**Defendant**

**Samsung Electronics America, Inc.**

**Defendant**

**Sanyo Electric Co. Ltd.**

**Defendant**

**Sanyo North America Corporation**

**Defendant**

**Epson Imaging Devices Corporation**

**Defendant**

**Seiko Epson Corporation**

**Defendant**

**Epson America. Inc.**

**Defendant**

**Epson Electronics America, Inc.**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**Syntax-Brillian Corp.**

**Defendant**

**S-LCD Corporation**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba America, Inc.**

**Defendant**

**Toshiba Matsushita Display Technology Co., Ltd**

**Defendant**

**John Does 1 - 100**

**Defendant**

**Panasonic Corporation of North America**

**Defendant**

**NEC Electronics America, Inc.**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/08/2007 | 1 | COMPLAINT (No Summons Issued) with trial location of Topeka, filed by James T Watson.(sal) (Entered: 03/09/2007) |
| 03/08/2007 |  | FILING FEE PAID: in the amount of $ 350.00, receipt number T4631001231 (sal) (Entered: 03/09/2007) |
| 03/09/2007 | 2 | NOTICE of MDL Motion by James T Watson (Weiler, Joseph) (Entered: 03/09/2007) |
| 03/13/2007 | 3 | MINUTE ORDER. Judge Crow recuses himself and orders that this case be returned to the Clerk, U.S. District Court, for reassignment pursuant to D.Kan. Rule 40.1. Signed by deputy clerk on 3/13/07.(bmw) (Entered: 03/13/2007) |
| 03/13/2007 | 4 | MINUTE ORDER re 3 Minute Order of Recusal of the Honorable Sam A. Crow. Case returned to clerk for reassignment pursuant to D.Kan. Rule 40.1. Case reassigned to the Honorable Julie A. Robinson, U.S. District Judge, for all further proceedings. The case number is changed to 07-4033-JAR. Entered by deputy clerk on 3/13/07.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bmw) (Entered: 03/13/2007) |
| 06/11/2007 | 5 | CONDITIONAL TRANSFER ORDER transferring case to the Northern District of California (MDL 07-1827)(mb) (Entered: 06/12/2007) |