1  Darin M. Conklin (KS Bar #15060)
   Joseph M. Weiler (KS Bar #13056)
2  Alderson, Alderson, Weiler,
   Conklin, Burghart & Crow, L.L.C.
3  2101 SW 21st St.
   Topeka, KS 66604
4  Telephone: (785)232-0753
   Facsimile: (785)232-1866
5
   Wyatt B. Durrette, Jr. (VA Bar # 04719)
6  Christopher G. Hill (VA Bar # 41538)
   Christine A. Williams (VA Bar # 47074)
7  DurretteBradshaw, PLC
   600 East Main Street, 20th Floor
8  Richmond, VA 23219-2430
   Telephone: (804) 775-6900
9  Facsimile: (804) 775-6911

10 Edward J. Westlow (NY ID # 1651686)
   600 East Main Street, 20th Floor
11 Richmond, VA 23219-2430
   Telephone: (804) 780-0305
12 Facsimile: (804) 780-0306

13 Richard L. Coffman (TX Bar # 04497460)
   The Coffman Law Firm
14 1240 Orleans Street, Suite 200
   Beaumont, TX 77701
15 Telephone: (409) 832-4767
   Facsimile: (866) 835-8250
16
17 Attorneys for Plaintiff,
   James T. Watson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. M-07-CV-01827-SI<br><br>MDL No. 1827<br><br>**PLAINTIFF, JAMES T. WATSON'S, CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |
| This Document Relates To:<br><br>Case No. C 07 3067 SI, an Indirect Purchaser Action. | |

1
2          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
3   named parties, there is no such interest to report.
4
5
6   Dated: October 24, 2007            ALDERSON, ALDERSON, WEILER, CONKLIN,
                                       BURGHART & CROW, L.L.C.
7
                                       _____
8                                      DARIN M. CONKLIN
9
                                       JAMES T. WATSON, on behalf of himself and all
10                                     others similarly situated in the State of Kansas
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28